IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND F. JUSTIS,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4193 |
| | : | |
| **DEPARTMENT OF AGRICULTURE,** | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of January 2025, upon consideration of Defendant United States's Motion to Dismiss for Failure to State a Claim or, in the Alternative, for Summary Judgment (ECF No. 19), Plaintiff Raymond F. Justis's Response (ECF No. 22), and Defendant's Reply (ECF No. 23), it is **ORDERED** that:

1. The Motion (ECF No. 19) is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2. The Amended Complaint (ECF No. 15) is **DISMISSED WITH PREJUDICE**.

3. The MSPB's January 23, 2023 decision is **AFFIRMED**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Joel H. Slomsky
**JOEL H. SLOMSKY, J.**